Rel: January 5, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0157

Ashlee Dunn v. Dawson D. Morgan and Patrick H. Dunn, Jr. (Appeal from Baldwin Circuit Court: CV-21-900144).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.